```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/21/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SABO,

        Plaintiff,

-against-

VOX MEDIA, LLC, et al.,

        Defendants.

24-CV-3724 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On June 11, 2024, the Court adjourned the initial case management conference to August 26, 2024 (Dkt. 23), making the parties' joint Pre-Conference Statement (*see* Dkt. 21) due no later than August 19, 2024. That submission is now overdue. Accordingly, the parties must file their Pre-Conference Statement, in accordance with the requirements set out at Dkt. 21, no later than **August 23, 2024, at 12:00 p.m.**

Dated: New York, New York
       August 21, 2024

                **SO ORDERED.**

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**