

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/21/2024__
```

<u>*Via ECF*</u>

Hon. Barbara C. Moses
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The conference, previously scheduled for August 26, 2024, is hereby ADJOURNED to **September 25, 2024, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must file their Pre-Conference Statement (see Dkt. 21) no later than **September 18, 2024**. SO ORDERED.
>
> _____
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 21, 2024**

Re:   *Robert Sabo v. Vox Media, LLC and Draftkings, Inc.*
       Case No: 1:24-cv-03724-LAK-BCM

Dear Magistrate Judge Moses:

We represent plaintiff Robert Sabo ("*Plaintiff*") in the above-referenced matter and write pursuant to Rule 2(a) of the Court's Individual Practices to respectfully request a 30-day adjournment of the August 26, 2024, Initial Conference, to September 25, 2024, and extension of time for the filing of the Pre-Conference Statement. This is Plaintiff's first request for an adjournment of the Initial Conference and extension of time to submit the Pre-Conference Statement.

This adjournment is being sought so that the initial conference can occur after defendants Vox Media, LLC and Draftkings, Inc. (collectively, the "*Defendants*") have filed their respective responses to Plaintiff's Complaint, which is now due on September 3, 2024. The request is also being made in light of the parties' ongoing settlement discussions. Defendants' counsel consents to this request and the parties apologize for not seeking this extension prior to the filing deadline.

Thank you for your consideration of this request.

Respectfully submitted,

**SANDERS LAW GROUP**

/s *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert

cc: All counsel of record via ECF