UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SABO, | Case No: 1:24-cv-03724-LAK-BCM |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| VOX MEDIA, LLC AND DRAFTKINGS, INC., | |
| Defendants. | |

Now comes the plaintiff Robert Sabo ("*Plaintiff*") by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences and further request that the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: September 3, 2024

**SANDERS LAW GROUP**

By:  */s/ Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
*Attorneys for Plaintiff*

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, 10/19/24, if the settlement is not consummated by then.

SO ORDERED:
/s/ Lewis A. Kaplan
Lewis A. Kaplan
USDJ
9/4/24